LODGED
CLERK, U.S. DISTRICT COURT

AUG - 2 2007

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

FILED
CLERK U.S. DISTRICT COURT

MAR 18 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES PATRICK SCHUETZE,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>JOHN MARSHALL, Warden,<br><br>　　　　　　Respondents. | Case No. CV 06-4847 DDP(JC)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition"), all of the records herein, and the attached Report and Recommendation of United States Magistrate Judge. The Court approves and adopts the United States Magistrate Judge's Report and Recommendation.

　　　IT IS HEREBY ORDERED that Respondent's Motion to Dismiss the Petition is granted to the extent it seeks dismissal based upon petitioner's failure to exhaust his state remedies, and that Judgment be entered denying the Petition and dismissing this action without prejudice.

///
///

| | |
|---|---|
| 1 | IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the |
| 2 | United States Magistrate Judge's Report and Recommendation, and the Judgment |
| 3 | herein by United States mail on petitioner and on counsel for respondents. |
| 4 | LET JUDGMENT BE ENTERED ACCORDINGLY. |

DATED: 3-18-08 ~~2007~~

_____
HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE