


JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES PATRICK SCHUETZE, | Case No. CV 06-4847 DDP(JC) |
| Petitioner, | JUDGMENT |
| v. | |
| JOHN MARSHALL, Warden, | |
| Respondents. | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that Respondent's Motion to Dismiss the Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition") is granted to the extent it seeks dismissal based upon petitioner's failure to exhaust his state remedies, the Petition is denied, and this action is dismissed without prejudice.

DATED: 3-18-08 , 2007

HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE